

# NUMBER 13-22-00451-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

APRIL SOUND PROPERTY OWNERS'
ASSOCIATION, INC.,                                                      Appellant,

v.

ROBERT PEMBERTON D/B/A
PEMBERTON STEEL FRAME HOMES,                               Appellee.

On appeal from the 457th District Court
of Montgomery County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Contreras and Justices Longoria and Silva
Memorandum Opinion by Chief Justice Contreras

This matter is before the Court on appellant's amended motion to dismiss the appeal.[1] Appellant requests the dismissal, as the controversy between the parties has ended.

The Court, having considered the amended motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
23rd day of February, 2023.

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.